## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**JERRY BLACKBURN, individually, and
d/b/a BLACKBURN ENTERPRISES OF
OCALA, INC., a Florida corporation,**

      **Plaintiff,**

**vs.**                                                    **1:07-CV-028-SPM**
**CONTINENTAL CASUALTY COMPANY,
a foreign corporation; and MARY
MAGURAN, an interested person,**

      **Defendants.**

_____/

### ORDER EXTENDING TIME TO FILE RESPONSE TO COMPLAINT

**THIS CAUSE** comes before the Court upon the "Defendant Continental Casualty

Company's Unopposed Motion for Extension of Time" (doc. 4) filed February 22, 2007.

Defendant requests a twenty-day extension of time in which to respond to the

complaint, citing as grounds the complexity of the case.  The motion is unopposed.

    Finding the request to be reasonable, it is

    **ORDERED AND ADJUDGED** as follows:

1.    The motion for extension of time (doc. 4) is hereby *granted*.

2.    Defendant shall file its answer to the complaint on or before ***March 14,***

    ***2007***.

**DONE AND ORDERED** this <u>twenty-seventh</u> day of February, 2007.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge